UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSEPH DUKES | * | NO: |
| | * | |
| VERSUS | * | SECTION: |
| | * | |
| ZAFIRO MARINE | * | |
| | * | MAGISTRATE: |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**COMPLAINT FOR DAMAGES**

The Complaint of **JOSEPH DUKES**, a person of the full age of majority with respect represents:

**I.**

Defendant, **ZAFIRO MARINE,** a foreign corporation doing business within the State of Louisiana and within the jurisdiction of this Honorable Court, is indebted unto plaintiff for all damages to which he is entitled to receive as prayed for herein, together with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings for the following, non-exclusive, acts of negligence, as more specifically set forth below.

**II.**

Jurisdiction of this Court is invoked under the Diversity and General Maritime Law.

**III.**

On or about September 14, 2014, **JOSEPH DUKES** was employed by MMR Group, Inc. assigned to live aboard the M/V SAMPSON.

### IV.

At all pertinent times hereto **ZAFIRO MARINE** owned, operated and/or controlled the M/V SAMPSON which was at all pertinent times a vessel in navigation.

### V.

On or about September 14, 2014, plaintiff **JOSEPH DUKES** experienced serious injuries to his ankle, leg, hip and back while assigned to the M/V SAMPSON and while living aboard a vessel owned and maintained by **ZAFIRO MARINE**.

### VI.

On information and belief, plaintiff alleges that the sole and proximate cause of the above-described accident was the negligence of **ZAFIRO MARINE** in the following, non-exclusive respects:

a) Breach of a legally imposed duty of reasonable care owed by the Defendant to the plaintiff;

b) Failure to provide a reasonably safe place to live including improper bunk rails and ladders and access to such bunks;

c) Failure to properly warn plaintiff;

d) Failure to take any means or precautions for the safety of plaintiff;

e) Creation and maintenance of an unseaworthy vessel;

f) Failure to provide minimum safety requirements;

g) Failure to provide adequate equipment for the job in question;

i) Other acts of negligence and unseaworthiness which will be shown at the trial of this matter.

## VII.

As a direct result of the negligence of the defendant and the unseaworthiness of the vessel, plaintiff **JOSEPH DUKES** is entitled to recover from the defendant reasonable and just compensatory, special and general damages as prayed for herein and to be awarded by this Honorable Court in the following non-exclusive respects:

(1) Past, present and future physical, mental and emotional pain and suffering;

(2) Past, present and future loss of wages, fringe benefits and wage earning capacity;

(3) Past and future physical disability;

(4) Past, present and future medical expenses; and

(5) All other special and general damages as will be shown at the trial of this matter.

## VIII.

Plaintiff prays for a trial by jury on all issues raised herein.

**WHEREFORE,** plaintiff prays that **ZAFIRO MARINE** be duly cited to appear and answer this Complaint and after the legal delays and due proceedings had, there be Judgment herein in favor of the plaintiff, **JOSEPH DUKES** and against the defendant, **ZAFIRO MARINE** for all damages to which the plaintiff is entitled to recover for the reasons set forth herein, together with legal interest thereon from date of judicial demand until paid, for payment of all costs, including expert fees, and for all other general and equitable relief.

AND FOR ALL GENERAL AND EQUITABLE RELIEF.

Respectfully submitted,

<u>*S/Timothy J. Young*</u>
TIMOTHY J. YOUNG (22677)
TAMMY D. HARRIS (29896)
MEGAN C. MISKO (29803)
DANIEL J. POOLSON, JR. (30676)
**THE YOUNG FIRM**
400 Poydras Street, Suite 2090
New Orleans, Louisiana 70130
Telephone (504) 680-4100
Facsimile (504) 680-4101